**Order entered July 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01535-CR

**RODNEY WADE PARKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-80444-2013**

## ORDER

By letters dated April 22, 2014 and May 28, 2014, the Court notified the trial court that the record before the Court does not contain the certification of appellant's right to appeal from the October 11, 2013 probation revocation proceedings. We asked the court to review the record and to file a completed certification that accurately reflects the revocation proceedings. To date, we have not received a certification related to the October 11, 2013 proceedings. The trial court is required to prepare a completed certification in any case in which the defendant appeals. *See* Tex. R. App. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013). The appeal cannot proceed until an accurate certification is filed.

Accordingly, we **ORDER** the trial court to file, within **TEN DAYS** of the date of this order, a supplemental record containing a completed certification that accurately reflects the October 11, 2013 probation revocation proceedings.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Scott Becker, Presiding Judge, 219th Judicial District Court; Andrea Stroh Thompson, Collin County District Clerk; and to counsel for all parties.

/s/     DAVID EVANS
JUSTICE